

June 3, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/5/2015 2:15:34 PM
CHRISTOPHER A. PRINE
Clerk

MARK ASH
ATTORNEY OF RECORD
2016 MAIN #108
HOUSTON, TX 77002

Defendant's Name: JARVIS LAMONT CARNELL

Cause No. 1933252

Court: CRIMINAL COUNTY COURT AT LAW #10

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5/28/15
**Sentence Imposed Date:** 5/28/15
**Court of Appeals Assignment: First Court of Appeals**
**Appeal Attorney of Record:** MARK ASH

Sincerely,

S. NORRIS
Criminal Post Trial Deputy

CC. Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

BONNIE RODRIGUEZ (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause

1201 Franklin  P O Box 4651  Houston, Texas  77210-4651

Cause No. 1933252

THE STATE OF TEXAS

v.

Jarvis Lamont Carnell ,A/K/A/ _____

_____ District Court / County Criminal Court at Law No. 10

Harris County, Texas

NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

On May 28, 2015 (date), the defendant in the above numbered and styled cause gives NOTICE OF APPEAL of his conviction

The undersigned attorney (check appropriate box):

☒ MOVES to withdraw

☐ ADVISES the court that he will CONTINUE to represent the defendant on appeal

5/28/15
**Date**

Jarvis Lamont Carnell
**Defendant (Printed name)**

Attorney (Signature)

mark Ash
**Attorney (Printed name)**

0078613
**State Bar Number**

2016 room #108 hou 77002
**Address**

713-571-1603
**Telephone Number**

**FILED**
Chris Daniel
District Clerk

MAY 2 8 2015

Time: _____
Harris County, Texas

By _____ Deputy

The defendant (check all that apply):

☒ REPRESENTS to the court that he is presently INDIGENT and ASKS the court to immediately APPOINT appellate counsel to represent him

☒ ASKS the Court to ORDER that a free record be provided to him

☐ ASKS the court to set BAIL

Accordingly, Appellant ASKS the Court to conduct a hearing, make findings, and enter an Order Granting the requested relief

_____
**Defendant (Signature)**

Jarvis Lamont Carnell
**Defendant's Printed name**

SWORN TO AND SUBSCRIBED BEFORE ME ON _____

By Deputy District Clerk of Harris County, Texas _____

# ORDER

On ___May 28, 2015___ the Court conducted a hearing and **FINDS** that defendant / appellant

☐ **IS NOT** indigent at this time

☑ **IS** indigent for the purpose of

    ☐ employing counsel

    ☐ paying for a clerk's and court reporter's record

    ☐ employing counsel or paying for a clerk's and court reporter's record

The Court **ORDERS** that

☑ Counsel's motion to withdraw is **GRANTED** / **DENIED**.

☐ Defendant / appellant's motion (to be found indigent) is **DENIED**

☑ Defendant's / appellant's motion is **GRANTED** and

    ☐ _____ (attorney's name & bar card number)
    is **APPOINTED** to represent defendant / appellant on appeal

    ☐ The **COURT REPORTER** is **ORDERED** to prepare and file the reporter's record without charge to defendant / appellant

BAIL IS

☑ SET at $ ___5,000.00___

☐ TO CONTINUE as presently set

☐ DENIED and is SET at NO BOND (Felony Only)

DATE SIGNED ___5/28/15___

_____
JUDGE PRESIDING,
_____ DISTRICT COURT /
COUNTY CRIMINAL COURT AT LAW No ___10___,
HARRIS COUNTY, TEXAS



CAUSE NO 1933252

THE STATE OF TEXAS §   IN THE COUNTY CRIMINAL

VS §   COURT AT LAW NUMBER 10

Jarvis L. Carnell §   HARRIS COUNTY, TEXAS

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, Judge of the trial court, certify this criminal case

☒ is not a plea-bargain case, and the defendant has the right of appeal [or]

☐ is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal [or]

☐ is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal [or]

☐ is a plea-bargain case, and the defendant has NO right of appeal [or]

☐ the defendant has waived the right of appeal

_____                    5/28/2015
**Judge Presiding**                           **Date Signed**

I have received a copy of this certification I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the court of appeals Tex. R App. P 68 2 I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review

X_____          _____
**Defendant**                        **Defendant's Counsel**
                                     0078673

_____            _____
Mailing address                      State Bar of Texas ID Number
                                     2016 main #108 hou 77002
_____            _____
Telephone number                     Mailing address
                                     713-571-1603
_____            _____
Fax number (if any)                  Telephone number
                                     713-571-9170
                                     _____
                                     Fax number (if any)

**FILED**
Chris Daniel
District Clerk
MAY 28 2015
Time:_____ Harris County, Texas
By_____ Deputy

*A defendant in a criminal case has the right of appeal under these rules The trial court shall enter a certification of the defendant's right to appeal in every case in which it enters a judgment of guilt or other appealable order In a plea bargain case that is, a case in which a defendant's plea was guilty or *nolo contendere* and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant a defendant may appeal only (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal TEXAS RULE OF APPELLATE PROCEDURE 25 2(a)(2)

CCL Form 22                                              12-04-2012

# APPEAL CARD

1st

7-27-15

Court# CCCL#10

Cause No. 1933252

### The State of Texas

CARNELL, JARVIS Vs LAMONT

5-28-15

Date Notice Of Appeal: 5-28-15

Presentation: Vol._____ Pg._____

Judgment: Vol._____ Pg._____

Judge Presiding DAN SPJUT
Court Reporter BONNIE Rodriguez
Court Reporter _____
Court Reporter _____

Attorney on Trail M. Ash.

Attorney on Appeal MARK Ash.

Appointed XXXX Hired _____

Offense Assault - Family Member.

Jury Trail: Yes XXXX No _____

Punishment Assessed 240 days HCJ / 203 days, credit

Companion Cases (If Known) —

Amount of Appeal Bond 5,000

Appellant Confined: Yes XXXX No _____

Date Submitted To Appeal Section JUN 0 2 2015

Deputy Clerk _____

22/997